IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01470-WYD-MEH

THE REPUBLIC OF ECUADOR, and
DIEGO GARCIA CARRION, Dr., the Attorney General of the Republic of Ecuador,

    Petitioners,

v.

BJORN BJORKMAN,

    Respondent.

CHEVRON CORPORATION,

    Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2011.**

    Chevron Corporation's Unopposed Motion for Leave to Intervene and Stipulated Briefing Schedule in the Republic of Ecuador's Application for Order under 28 U.S.C. § 1782 [filed June 23, 2011; docket #5] is **granted** as follows. Chevron Corporation may intervene as an Interested Party in this Section 1782 action. The Court accepts the proposed briefing schedule as stipulated by the parties, with a minor adjustment:

    Response to petition (docket #1) due on or before **July 15, 2011**;

    Reply in support of the petition due on or before **July 29, 2011**;

    The Court may set a hearing after review of the briefing, in its discretion;

    If the Court grants the request and issues the subpoena, documents shall be produced within 15 days of service of the subpoena; and

    The deposition shall be scheduled on an agreed-upon date within 45 days of service of the subpoena.