# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01470-WYD-MEH

In re Application of:

The REPUBLIC OF ECUADOR and
DR. GARCÍA CARRIÓN, the Attorney General of
The Republic of Ecuador,

    Applicants,

For the Issuance of a Subpoena Under
28 U.S.C. § 1782(a) for the Taking of a
Deposition of and the Production of
Documents by BJORN BJORKMAN for
Use in a Foreign Proceeding,

    Respondent,

CHEVRON CORPORATION,

    Intervenor.

---

### CHEVRON CORPORATION AND BJORN BJORKMAN'S NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Chevron Corporation and Bjorn Bjorkman (collectively, "Respondents") in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order (Dkt. 87) entered on October 4, 2012, affirming and adopting Magistrate Judge Hegarty's recommendation (Dkt. 66) that the District Court grant in part and deny in part Applicants' motion to compel the production of documents from Bjorn Bjorkman. In this action under 28 U.S.C. § 1782, the District Court's decision to compel the production of documents from Mr. Bjorkman is a final and appealable order. *See Phillips v. Beierwaltes*, 466 F.3d 1217, 1220 (10th Cir. 2006).

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 11, 2012 | GIBSON, DUNN & CRUTCHER |

*/s/ Robert C. Blume*
Robert C. Blume
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Fax: (303) 298-5907
E: rblume@gibsondunn.com
Colorado State Bar No.: 037130

Attorney for CHEVRON CORPORATION
and BJORN BJORKMAN

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system on this, the 11 day of October, 2012.

                                              /s/ *Robert C. Blume*
                                              ROBERT C. BLUME