IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01470-WYD-MEH

THE REPUBLIC OF ECUADOR, and
DIEGO GARCIA CARRION, Dr., the Attorney General of the Republic of Ecuador,

    Petitioners,

v.

BJORN BJORKMAN,

    Respondent.

CHEVRON CORPORATION,

    Interested Party.

## ORDER RE: *IN CAMERA* REVIEW

**Michael E. Hegarty, United States Magistrate Judge.**

In accordance with this Court's January 3, 2013 order [docket #121] granting in part and denying in part the Petitioners' Motion to Compel Chevron Corporation and Bjorn Bjorkman to Produce Documents [docket #106], the Respondents Bjorn Bjorkman and Chevron Corporation provided to the Court copies of all documents listed on Respondents' Fifth Revised Privilege Log on January 10, 2013. The Court has reviewed the documents and, despite the assistance of the appendices and the Respondents' explanations, concludes that it requires translation to English of those documents written in Spanish, to determine whether they are privileged and properly withheld in accordance with this Court's previous orders. Therefore, on or before March 18, 2013, the Respondents shall provide English translations of all documents written in Spanish and provided to this Court for *in camera* review.

Dated and entered at Denver, Colorado, this 4th day of March, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge