IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01470-WYD-MEH

THE REPUBLIC OF ECUADOR, and
DIEGO GARCIA CARRION, Dr., the Attorney General of the Republic of Ecuador,

      Petitioners,

v.

BJORN BJORKMAN,

      Respondent.

CHEVRON CORPORATION,

      Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2013.**

The Joint Motion to Stay Execution of the Court's March 5, 2013 Order and to Extend Briefing Deadlines for the Pending Motion for Reconsideration [filed March 14, 2013; docket #129] is **granted**. The Court's March 5, 2013 order is amended to require Respondents to provide, on or before April 15, 2013, English translations of all documents written in Spanish and provided to this Court for *in camera* review. Further, Petitioner's brief in opposition to the pending motion for reconsideration shall be filed on or before 10:00 a.m. (Mountain) on March 22, 2013, and the Respondents' reply brief in support of the pending motion shall be filed on or before March 25, 2013.