IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01470-WYD-MEH

THE REPUBLIC OF ECUADOR, and
DIEGO GARCIA CARRION, Dr., the Attorney General of the Republic of Ecuador,

      Petitioners,

v.

BJORN BJORKMAN,

      Respondent.

CHEVRON CORPORATION,

      Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2013.**

      Before the Court is Respondents' Motion to Strike [Petitioners'] Letter Dated November 9, 2012 [filed November 13, 2012; docket #103]. The filing of letters addressed to the court is not permitted by the federal rules (*see* Fed. R. Civ. P. 7) and, in fact, addressing letters to the Court is prohibited by this Court's local rules. D.C. Colo. LCivR 77.2. In this matter, Petitioners do not attempt an *ex parte* communication; however, they have filed a letter seeking relief from the Court in the form of a hearing to address discovery issues. *See* docket #102. Pursuant to Rule 7(b)(1), a "request for a court order must be made by motion." Therefore, the letter was improperly filed and, pursuant to Fed. R. Civ. P. 7 and D.C. Colo. LCivR 7.1H, Respondents' motion to strike is **granted** and the letter is **stricken** from the record.[1]

---

[1] The Court notes that the relief sought in the letter has become moot by subsequent orders on motions filed by the parties.